IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD KHOSHNEVISZADEH, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 04-0221-CV-W-HFS |
| GENERAL ELECTRIC COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM TO COUNSEL**

Orderly disposition of the issues suggests scheduling a reasonably prompt argument on both the Daubert issue and the motion for summary judgment. At a Daubert hearing I would not expect further proof unless a party gives notice to me and opposing counsel at least a week prior to argument. I note that cases of this general nature are not unprecedented. Commercial Unio Assurance Co. v. Sears, Roebuck, and Co., 716 F.2d 606, 607 (10th Cir. 1983).

It is conceivable that Mr. Martin was qualified to offer expert testimony, at least on some pertinent subjects, but that his ultimate conclusions are speculative or too general for a reasonable jury to find for plaintiff. See 103 Investors I, L.P. v. Square D. Company, 372 F.3d 1213 (10th Cir. 2004); Hartford Fire Insurance Co. v. Maytag Co., 374 So.2d 1269, 1273 (La. App. 1979).

Completion of briefing on the summary judgment motion is desirable.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 7, 2005

Kansas City, Missouri